HUGHES HUBBARD & REED LLP
Ned H. Bassen
Jason Habinsky
Alexander Bogdan
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Plaintiff
Cenveo Corporation

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/09

CENVEO CORPORATION,

                Plaintiff,

-against-

DIVERSAPACK LLC, IRA B. KRISTEL,
AND ALAN J. KRISTEL,

                Defendants.

Case No.: 1:09-cv-07544-SAS

### ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION

       Upon the Complaint of plaintiff Cenveo Corporation ("Cenveo"), the Declaration of Francis Ball, dated August 27, 2009, the Declaration of William Stangroom, dated August 27, 2009, the Affirmation of Jason Habinsky, dated August 28, 2009, and Plaintiff's Memorandum of Law in Support of Plaintiff's Order to Show Cause for a Preliminary Injunction, it is hereby;

       ORDERED that defendants Diversapack LLC ("Diversapack"), Ira B. Kristel, and Alan Kristel (collectively, "Defendants"), show cause, if any there be, to a Judge of this Court at 12:45 ~~4:00~~ p.m., on September 15, 2009, in Courtroom 15C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, or as soon thereafter as the matter can be

2

heard, why this Court should not enter a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, pending the final hearing and determination of this action:

    A.    Enjoining Defendants and their employees, officers, agents, subsidiaries or affiliates from soliciting, recruiting and/or hiring Cenveo employees, and or inducing Cenveo employees to discontinue their relationship with Cenveo.

    II.    AND IT IS FURTHER ORDERED, that answering papers, if any, be filed and served so as to be received by plaintiff's counsel, at their offices, on or before September 8, 2009, at 5:00 p.m.; and that reply papers, if any, be filed and served so as to be received by defendants' counsel, at their offices on or before September 10, 2009, at 12:00 noon. Defendants' counsel, William Wachtel of Wachtel & Masyr, LLP has agreed to accept service of all papers on behalf of Defendants. On August 28, 2009, Mr. Wachtel accepted service of the Summonses, Complaint, Plaintiff's Memorandum of Law in Support of Plaintiff's Order to Show Cause for a Preliminary Injunction, Declaration of Francis Ball, dated August 27, 2009, the Declaration of William Stangroom, dated August 27, 2009, and the Affirmation of Jason Habinsky, dated August 28, 2009.

Dated: September 2, 2009
Issued At: 2:10 p.m.

_____
UNITED STATES DISTRICT JUDGE


# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

September 2, 2009

Jason Habinsky
Employment Counsel
Direct Dial: 212-837-6118
Direct Fax: 212-299-6118
habinsky@hugheshubbard.com

*Via Facsimile*

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street - Room 1620
New York, New York 10007

  Re: Cenveo Corporation v. Diversapack LLC,
     Ira B. Kristel, and Alan J. Kristel
     <u>Index # 09 civ 7544</u>

Your Honor,

  We are counsel for Plaintiff in the above-referenced action. After conferring with Wachtel & Masyr, LLP, counsel for Defendants Ira and Alan Kristel, we respectfully propose the following briefing/argument schedule. We also have attached hereto a proposed Order to Show Cause reflecting same.

    Answering Papers - September 8, 2009, filed and served by 5:00 p.m.

    Reply Papers - September 10, 2009, filed and served by noon.

    Argument - September 15, 2009, 5:00 p.m.

  It is our understanding from Wachtel & Masyr, LLP that Defendant Diversapack LLC will be confirming its selection of separate counsel.

  In response to the Court's inquiry about whether an evidentiary hearing is necessary, Plaintiff respectfully responds that oral argument in lieu of an evidentiary hearing would be sufficient unless Your Honor prefers otherwise.

Respectfully Submitted,

*[signature]*

Jason Habinsky

Attachment

cc: Julian Schreibman, Esq.
   Wachtel & Masyr, LLP

60776289_1.DOCX

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo