UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENVEO CORPORATION,

                Plaintiff,

        -against-

DIVERSAPACK LLC, IRA B. KRISTEL,
and ALAN J. KRISTEL,

                Defendants.

Civil Action No. 09 Civ. 7544 (SAS)

---

The Court having considered the defendants' request for an extension of time to respond to the complaint of the plaintiff, Cenveo Corporation ("Plaintiff"), pending disposition of Plaintiff's application for preliminary injunctive relief,

**IT IS ORDERED** that defendants Diversapack LLC, Ira B. Kristel, and Alan J. Kristel shall have until the fourteenth (14th) day after this Court enters an Order on Plaintiff's pending application for preliminary injunctive relief to answer or otherwise respond to Plaintiff's complaint. *Defendants are directed to participate in a Rule 26(f) conference prior to the scheduled October 15, 2009 conference with the Court.*

SO ORDERED.

_____
Hon. Shira A. Scheindlin
United States District Court Judge

10/1/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/09

NEWYORK/#220654.1