HUGHES HUBBARD & REED LLP
Ned H. Bassen
Vilia B. Hayes
Jason Habinsky
Alexander Bogdan
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENVEO CORPORATION,

                    Plaintiff,

-against-

DIVERSAPACK LLC, IRA B. KRISTEL, and
ALAN J. KRISTEL,

                    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

Case No. 09 Civ. 7544 (SAS)

The Court having considered the plaintiff's request for an extension of time to the deadlines for service of initial disclosures, document requests, and interrogatories,

**IT IS ORDERED** that initial disclosures will be served by the parties no later than November 5, 2009 and that document requests and interrogatories will be served no later than November 16, 2009.

*No further extensions will be granted.*

SO ORDERED:

*[signature]*
Hon. Shira A. Scheindlin
United States District Court Judge    10/29/09

60829511_1